**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of March, two thousand twenty-five.

Before:     Dennis Jacobs,
            Richard J. Sullivan,
            Maria Araújo Kahn,
                 *Circuit Judges*.

_____

Muk Choi Lau,                                    **JUDGMENT**

                 Petitioner,                      Docket No. 21-6623

        v.

  Pamela Bondi,  United States Attorney General,

                 Respondent.

_____

The petition for review in the above captioned case from a decision of the Board of Immigration Appeals ("BIA") was submitted on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Petitioner Lau's petition for review is GRANTED. The final order of removal is VACATED, and the case is REMANDED to the agency with instructions to terminate removal proceedings against Petitioner Lau on the basis of his inadmissibility under section 1182(a), without prejudice to any future deportation proceeding, such as one brought pursuant to 8 U.S.C. § 1227(a).

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 07/24/2025**